**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | | |
|---|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST; IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST; IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE PLAN; and IRON WORKERS LOCAL NO. 396 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.:  4:26-cv-01063-SRC |
| VITRUM FACADES LLC, a Wisconsin Limited Liability Company; and ZURICH AMERICAN INSURANCE COMPANY, an Illinois Insurance Company, | ) ) ) ) ) | |
| Defendants. | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

NOW COME the Plaintiffs, the IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST *et al*. ("Plaintiffs"), by and through their attorneys, JOHNSON & KROL, LLC, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby submit this Notice of Voluntary Dismissal as follows:

1. On July 7, 2026, Plaintiffs filed their Complaint in the above-captioned matter. (Docket No. 1).

2. Rule 41 of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

3.     Neither Defendant VITRUM FACADES LLC nor Defendant ZURICH AMERICAN INSURANCE COMPANY have filed an answer or a motion for summary judgment in this case.

**WHEREFORE**, Plaintiffs hereby voluntarily dismiss the above-captioned matter without prejudice and with each party to bear its own fees and costs pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**IRON WORKERS ST. LOUIS
DISTRICT COUNCIL
PENSION TRUST *et al.***

/s/ Adam Y. Decker
Adam Y. Decker (3640753IN)
JOHNSON & KROL, LLC
11611 N. Meridian Street, Suite 310
Carmel, Indiana 46032
Phone: (317) 754-8720
Facsimile: (312) 255-0449
decker@johnsonkrol.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 14, 2026, a true and correct copy of Plaintiffs' foregoing **Notice of Voluntary Dismissal** was sent via U.S. First-Class Mail to the Defendants at the addresses listed below:

Vitrum Facades LLC
1324 N 40th Street
Milwaukee, WI 53208

Zurich American Insurance Company
c/o Division of Insurance
221 Bolivar Street
Jefferson City, MO 65101

/s/ Adam Y. Decker
Adam Y. Decker (3640753IN)